# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART SMITH,** | : | **CIVIL NO. 1:17-CV-2264** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **LAUREL HARRY,** *et al.*, | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 11th day of January, 2019, upon consideration of petitioner's combined motion (Doc. 23) for expansion of the record, motion for an evidentiary hearing, and motion to conduct discovery, and it appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that petitioner's motion (Doc. 23) is deemed WITHDRAWN. See L.R. 7.5.

                                      /S/ CHRISTOPHER C. CONNER
                                      Christopher C. Conner, Chief Judge
                                      United States District Court
                                      Middle District of Pennsylvania